FILED
CLERK, U.S. DISTRICT COURT
October 5, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNA JOHMNA ST. ROMAIN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BEACON HILL STAFFING GROUP, LLC, a Massachusetts limited liability company; and DOES 1-30, inclusive,<br><br>    Defendants.<br><br>———<br>BEACON HILL STAFFING GROUP, LLC, a Massachusetts limited liability company,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>LOUROE ELECTRONICS, a California corporation, and RICHARD BRENT, an individual,<br><br>    Third Party Defendants. | Case No. 2:20-cv-01084 SB (JC)<br><br>**ORDER DISMISSING THE ENTIRE CASE WITH PREJUDICE** |

1   Based on the parties' stipulation to dismiss the case because of a settlement,
2 this case is DISMISSED WITH PREJUDICE in its entirety against all defendants,
3 including the Third-Party Defendants.  At the parties' request, the Court shall retain
4 jurisdiction to enforce the settlement agreement.

6 Dated: October 5, 2020      _____
7                                                    Stanley Blumenfeld, Jr.
                                                     United States District Judge